DANIEL G. BOGDEN
United States Attorney
District of Nevada
PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: patrick.rose@usdoj.gov
*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| PAMELA MCSWAIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 2:15-cv-01321-GMN-GWF |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### UNITED STATES' MOTION FOR EXTENSION OF TIME
**(First Request)**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 6-1 of this Court's Local Rules, the United States moves for an order providing the United States with a four-week extension of time, from October 30, 2015 to November 27, 2015 to respond to the Complaint in this matter. There have not been any previous requests for such an extension of time.

In support of this motion, the United States relies on the Memorandum of Points and Authorities below.

Dated: October 26, 2015.

DANIEL G. BOGDEN
United States Attorney

 */s/ Patrick A. Rose*
PATRICK A. ROSE
Assistant United States Attorney

1

### MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6-1 allow a party to request additional time to perform an act. In this case, the United States' present request for additional time is warranted for the reasons set forth below.

Undersigned defense counsel has not yet received file materials from the client agency relative to this matter. Such file materials would be helpful, if not necessary, in responding to the allegations in the Complaint. Undersigned defense counsel will be on medical leave October 27–30, 2015. Agency counsel will be on leave November 2–6, 2015. Undersigned defense counsel is scheduled to participate in depositions in other matters on November 9, 11 (out of town), 20, 2015. Based on these circumstances, the United States requests an extension of time from October 30, 2015 to November 27, 2015 to allow defense counsel time, upon his and agency counsel's return to their respective offices, to communicate, review relevant file materials, and prepare a response to the Complaint.

This motion is brought in good faith and not for purposes of undue delay.

Respectfully submitted this 26th day of October 2015.

DANIEL G. BOGDEN
United States Attorney

*/s/ Patrick A.Rose*
PATRICK A. ROSE
Assistant United States Attorney

**IT IS SO ORDERED**

Dated:    October 27, 2015

Gloria M. Navarro, Chief Judge
United States District Court

1

### PROOF OF SERVICE

2

    I, Patrick A. Rose, certify that the following individual was served with the **MOTION FOR EXTENSION OF TIME** on this date by the below identified method of service:

3

4

**Electronic Case Filing:**

5

Paul S. Padda

6

Cohen & Padda, LLP
4240 West Flamingo Road, Suite 220

7

Las Vegas, Nevada 89103
ppadda@caplawyers.com

8

Dated this 26th day of October 2015.

9

10

*/s/ Patrick A. Rose*
PATRICK A. ROSE

11

Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26