Paul S. Padda, Esq. (NV Bar #10417)
Email: psp@paulpaddalaw.com
PAUL PADDA LAW, PLLC
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PAMELA McSWAIN,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

Case No. 2:15-cv-1321-GMN-GWF

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO STRIKE

**(First Request)**

Pursuant to Federal Rule of Civil Procedure ("FRCP") 6(b)(1)(A), Plaintiff, by and through undersigned counsel, respectfully requests a 2-day extension of time, to and until March 15, 2017, to respond to Defendant's motion to strike Plaintiff's designations of medical experts. This is Plaintiff's first request for an extension of time.

In support of this motion, Plaintiff relies upon the memorandum of points and authorities set forth below.

## MEMORANDUM OF POINTS AND AUTHORITIES

Under FRCP 6(b)(1)(A), a party may seek to extend a court imposed deadline upon a showing of "good cause." The standard to be applied by a court under FRCP 6(b)(1) is a liberal one in order to "effectuate the general purpose of seeing that cases are tried on the merits."

Ahanchian v. Xenon Pictures, Inc., 624 F.3d 1253, 1258-59 (9th Cir. 2010). "Good cause is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." Id at 1259.

Undersigned counsel is counsel of record in David Moradi v. Nevada Property 1, LLC, et. al., Clark County District Court (case number A-14-698824-C, Dept. XX). Trial in that case is scheduled to commence on March 20, 2017. The trial is expected to last approximately 6-weeks and involve approximately 50 witnesses, both fact and expert. As a result of the foregoing, undersigned counsel has been exceedingly busy during the last several weeks preparing for trial and has not had an opportunity to fully prepare a response to Defendant's pending motion. An additional 2 business days, however, will permit Plaintiff sufficient time to complete and file an appropriate response.

## CONCLUSION

For the reasons set forth herein, Plaintiff respectfully requests that the Court grant this motion for a 2-day extension of time to respond to Defendant's pending motion.

Respectfully submitted,

/s/ *Paul S. Padda*

Paul S. Padda, Esq.
PAUL PADDA LAW, PLLC
4240 West Flamingo Road, #220
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

Attorney for Plaintiff

Dated: March 13, 2017

2

IT IS SO ORDERED:

Plaintiff's motion for a 2-day extension to respond to Defendant's motion to strike is hereby granted. Plaintiff shall file a response on or before March 15, 2017.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

Dated: March 14, 2017

CERTIFICATE OF SERVICE

In compliance with the Court's Local Rule 5-1, the undersigned hereby certifies that on March 13, 2017 a copy of the foregoing document, "PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO STRIKE" was served (via the Court's CM/ECF system) upon counsel of record for Defendant.

/s/ Paul S. Padda

Paul S. Padda, Esq.