VERNON L. BAILEY, ESQUIRE
Nevada Bar No. 9753
LAW OFFICE OF VERNON L. BAILEY
8430 W. Lake Mead Blvd., Suite 100
Las Vegas, NV 89128
Phone: (702) 877-6444
Fax:    (702) 866-6444
vbailey@vernonbaileylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA McSWAIN, | Case No.: 2:15-cv-01321-GMN-GWF |
| Plaintiff, | |
| vs. | |
| UNITED STATES OF AMERICA, | **STIPULATION AND ORDER TO RESCHEDULE SETTLEMENT CONFERENCE** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Pamela McSwain and Defendant United States of America as follows:

1. A settlement conference is currently scheduled with United States Magistrate Judge George Foley, Jr. on November 8, 2017 at 9:00 a.m. See **ECF 74**.

2. Plaintiff is unavailable that day to attend.

3. The parties, via undersigned counsel, hereby stipulate to rescheduling this settlement conference to December 5, 2017 at 9:00 a.m.

4. A request for exception from the attendance requirements must be filed and served no later than at least fourteen (14) days before the rescheduled settlement conference.

- 1 -

LAW OFFICE OF VERNON L. BAILEY
8430 W. Lake Mead Blvd., Suite 100
Las Vegas, Nevada 89128
Telephone (702) 877-6444   Facsimile (702) 866-6444

5. Confidential settlement conference statements by the parties are due on November 28, 2017 (seven (7) days before the rescheduled settlement conference).

6. The parties further stipulate and request that the deadline for filing the Joint Pretrial Order in this case is thirty (30) days after the settlement conference occurs, which will be January 4, 2018.

Respectfully submitted this 6th day of October, 2017.

| LAW OFFICE OF VERNON L. BAILEY | STEVEN W. MYHRE |
|---|---|
| | Acting United States Attorney |
| /s/    Vernon L. Bailey | /s/    Patrick A. Rose |
| VERNON L. BAILEY, ESQUIRE | PATRICK A. ROSE, ESQUIRE |
| Nevada Bar No. 9753 | Nevada Bar No. 5109 |
| 8430 W. Lake Mead Blvd., Suite 100 | Assistant United States Attorney |
| Las Vegas, NV 89128 | 501 Las Vegas Blvd. South, # 1100 |
| | Las Vegas, NV 89101 |
| *Attorney for Pamela McSwain* | *Attorney for United States of America* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: October 10, 2017