1  STEVEN W. MYHRE
   Acting United States Attorney
2  District of Nevada

3  PATRICK A. ROSE
   Assistant United States Attorney
4  Nevada Bar No. 5109
   501 Las Vegas Boulevard South, Suite 1100
5  Las Vegas, Nevada 89101
   Telephone: 702-388-6336
6  Email: patrick.rose@usdoj.gov

7  *Attorneys for Defendant United States*

8

9

10              **UNITED STATES DISTRICT COURT**

11                 **DISTRICT OF NEVADA**

12  PAMELA McSWAIN,                    )
                                       )  Case No: 2:15-cv-01321-GMN-GWF
13             Plaintiff,              )
                                       )
14       v.                            )  **STIPULATION AND ORDER**
                                       )  **TO EXTEND DUE DATE FOR**
15  UNITED STATES OF AMERICA           )  **PROPOSED JOINT PRETRIAL ORDER**
                                       )
16             Defendant.              )         **(First Request)**
                                       )
17  _____

18        Pursuant to Local Rule IA 6-1, the parties respectfully request that this Court extend by

19  eight days the due date to file a proposed joint pretrial order. More specifically, and for the

20  reasons set forth below, the parties request that the due date of January 4, 2018 be extended to

21  January 12, 2018. This is the first request to extend such due date.

22        The current due date of January 4, 2018 for the proposed joint pretrial order was set in

23  connection with a rescheduling of the settlement conference in this matter. *See* ECF No. 77. The

24  parties devoted time and attention to preparation of settlement statements, as well as attendance

25  at the December 5, 2017 settlement conference. Defendant's counsel has also had to devote time

26  and attention to other matters, and he has been out of the office at times for personal reasons.

27  Defense counsel has a hearing in another matter on January 3, 2018, and has some additional

28  upcoming days out of the office for personal reasons. An extension of eight days, from January

                                           1

4, 2018 to January 12, 2018, should allow Defendant's counsel sufficient time to prepare Defendant's sections of the proposed joint pretrial order and finalize such document with Plaintiff's counsel.

Based on the foregoing, the parties respectfully request that the Court extend for eight days the due date to file a proposed joint pretrial order, i.e., from January 4, 2018 to January 12, 2018.

Respectfully submitted this 27th day of December 2017.

LAW OFFICE OF VERNON L. BAILEY

/s/ Vernon L. Bailey
VERNON L. BAILEY, Esq.
Nevada Bar No. 9753
8430 W. Lake Mead Blvd., Suite 100
Las Vegas, Nevada 89128
*Attorneys for Plaintiff McSwain*

STEVEN W. MYHRE
Acting United States Attorney

/s/ Patrick A. Rose
PATRICK A. ROSE
Assistant United States Attorney

*Attorneys for Defendant United States*

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** December 28, 2017

2